```
1  ALEXANDER B. CVITAN (SBN 81746), and
   MARSHA M. HAMASAKI (SBN 102720), Members of
2  REICH, ADELL & CVITAN
   A Professional Law Corporation
3  3550 Wilshire Boulevard, Suite 2000
   Los Angeles, California  90010
4  Telephone:  (213) 386-3860
   Facsimile:  (213) 386-5583
5  Email: alc@rac-law.com; marshah@rac-law.com

6  Attorneys for Construction Laborers Trust Funds for
   Southern California Administrative Company, LLC
7
```

8                   UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

10

| 11  CONSTRUCTION LABORERS TRUST FUNDS | ] | CASE NO. |
|     FOR SOUTHERN CALIFORNIA | ] | |
| 12  ADMINISTRATIVE COMPANY, a Delaware | ] | SACV 09-915 DOC (ANx) |
|     limited liability company, | ] | |
| 13  | ] | |
|              Plaintiff, | ] | ORDER TO SHOW CAUSE RE |
| 14  | ] | CONTEMPT |
|         vs. | ] | |
| 15  | ] | |
|     | ] | |
| 16  LPM CONCRETE CUTTING & DEMO, INC., | ] | |
|     a California corporation formerly | ] | |
| 17  known as and doing business as LP | ] | |
|     MORRISON CONCRETE CUTTING & DEMO, | ] | |
| 18  | ] | |
|     | ] | |
| 19              Defendant. | ] | |
| 20  | ] | |

21     Upon review of the Application of the Plaintiff ("TRUST

22 FUNDS") seeking an order requiring Defendant, LPM CONCRETE CUTTING

23 & DEMO, INC., a California corporation formerly known as and doing

24 business as LP MORRISON CONCRETE CUTTING & DEMO, ("EMPLOYER") and

25 its responsible managing officer and president, Leslie Morrison

26 ("MORRISON") to show cause why they should not be adjudged in

27 civil contempt for failing and refusing to obey this Court's

28

-1-

Interlocutory Order for Accounting entered on October 29, 2009, which requires them to produce books and records to the TRUST FUNDS for an audit, and to cooperate in all respects therewith for the TRUST FUNDS to determine whether EMPLOYER has complied with the reporting and payment obligations of her labor agreements and/or to determine the full amount of contributions due by the EMPLOYER to the TRUST FUNDS and any damages to the TRUST FUNDS for failure to pay any such contributions:

IT IS HEREBY ORDERED THAT:

1.  EMPLOYER and MORRISON are ordered to appear before the above-entitled Court on **FEBRUARY 1**, **2010**, at 8:30 a.m., in Courtroom 9D of the United States District Courthouse, located at 411 W. Fourth Street, Santa Ana, California 92701, and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for Accounting.

2.  Service of a copy of this order and of the application upon which this order is based shall be made by mail to EMPLOYER and MORRISON at least ten (10) days prior to the hearing.

3.  If EMPLOYER and MORRISON choose to file papers in opposition to the TRUST FUNDS' Order to Show Cause Re Contempt, they must do so no later than five (5) days before the hearing.

DATED: January 11, 2010

*/s/ David O. Carter*
HON. DAVID O. CARTER, Judge of the
United States District Court
Central District of California

PRESENTED BY:
REICH, ADELL & CVITAN, PLC
by:       /s/
    MARSHA M. HAMASAKI, Attorneys for Plaintiff

-2-